# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:18-cr-00092-LJO-SKO |
| Plaintiff, | SCHEDULING ORDER |
| v. | |
| LUIS REYNALDO REYES CASTILLO, JOSE AUDON REYES BARRERA, NILSON ISRAEL REYES MENDOZA, | |
| Defendants. | |

On March 4, 2019, the Court held a long-term scheduling conference in the above-captioned case as to Defendants Luis Reynaldo Reyes Castillo, Jose Audon Reyes Barrera, and Nilson Israel Reyes Mendoza. Defense counsel Marc Days, Daniel Harralson for Steven Crawford, and Kevin Little for Virna Santos appeared on behalf of their respective clients. Kimberley Sanchez and Kathleen Servatius appeared on behalf of the Government.

The Court made a determination that this case is a complex case within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), and that time is to be excluded under the Speedy Trial Act, as good cause exists and the ends of justice outweigh the interest of the defendants and the public in a speedy trial. *See Bloate v. United States*, 559 U.S. 196, 210 (2010). Pursuant to discussions with counsel at the scheduling conference, the Court **ORDERS** that this case proceed as follows:

**1. Discovery**

The parties shall provide *all* Rule 16 discovery other than expert reports and disclosures by no later than **July 1, 2019**. The parties shall appear before Chief Judge Lawrence J. O'Neill for a conference regarding the status of discovery on **Monday, June 3, 2019 at 1:30 pm** in Courtroom 4.

1

**2. Plea Offers**

The Government will make plea offers for all defendants in this case by **July 15, 2019**.

**3. Non-*in Limine* Motions**

All non-*in limine* motions must be filed on or before **November 4, 2019**. Oppositions must be filed on or before **December 2, 2019**. Replies must be filed on or before **December 16, 2019**. A hearing on any non-*in limine* motions filed is set for **Friday, January 10, 2020** at **8:30 am** in Courtroom 4 before Chief Judge Lawrence J. O'Neill.

**4. Motions *in Limine***

All motions *in limine* must be filed on or before **April 24, 2020**. Oppositions must be filed on or before **May 15, 2020**. Replies must be filed on or before **May 22, 2020**. A hearing on motions filed pursuant to the above provision is set for **Friday, May 29, 2020** at **8:30 am** in Courtroom 4 before Chief Judge Lawrence J. O'Neill.

**5. Trial Date**

The trial is set to begin on **Tuesday, June 2, 2020** at **8:30 am** in Courtroom 4 before Chief Judge Lawrence J. O'Neill. This date, due to the enormous task of obtaining non-conflicting dates from all counsel, coupled with how much time all parties are being given to get the discovery and trial preparation completed, will NOT BE CHANGED. Any conflict that arises for the now-set trial date in this case will be a conflict in the OTHER case (State or Federal), and not this case. This includes the understanding that counsel are to advise any other judge from any other court as soon as a possible conflict arises of the specific special setting of this case. If there is push back from the other court, counsel are required to notify this Court of the problem immediately, and this Court will make appropriate court-to-court contacts. The Court expects counsel to not agree to the setting of any other case that has the potential of interfering with the start of this trial.

IT IS SO ORDERED.

Dated: __**March 5, 2019**__            __/s/ Lawrence J. O'Neill__
                                                            UNITED STATES CHIEF DISTRICT JUDGE