1  MARC DAYS, Bar No. 184098
   Days Law Firm
2  2300 Tulare Street, Suite 240
   Fresno, CA 93721
3  Telephone: (559) 708-4844
   Fax: (559) 486-1826
4  marcdays@dayslawfirm.com

5  JOHN BALAZS, Bar No. 157287
   Attorney at Law
6  916 2nd Street, Suite F
   Sacramento, CA 95814
7  Telephone: (916) 447-9299
   Fax: (916) 557-1118
8  john@balazslaw.com

9  Attorneys for Defendant
   Luis Reynaldo Reyes Castillo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS REYNALDO REYES CASTILLO,<br><br>Defendant. | No. 1:18-CR-0092-LJO<br><br>WAIVER OF APPEARANCE AND ORDER |

Defendant, LUIS REYNALDO REYES CASTILLO, through counsel, having been advised of his right to be present at all stages of the proceedings, hereby requests that the Court permit him to waive his right to be personally appear at all pretrial court appearances in this case, except for any arraignment, plea, jury trial from impanelment of jury through verdict, and imposition of sentence, pursuant to Federal Rule of Criminal Procedure 43(a) and (b).

Pursuant to a writ of habeas corpus ad prosequendum, defendant is currently in custody at the Nevada Southern Detention Center in Pahrump, Nevada, pending trial in *United States v.*

*Reyes-Castillo*, No. 2:19-CR-103-JCM. In that case, Mr. Reyes-Castillo is charged in an indictment with murder in aid of racketeering in violation of 18 U.S.C. § 1959(a)(1) and 2 (count one); using, carrying, and discharging a firearm during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c) (count two); and causing death through the use of a firearm in violation of 18 U.S.C. § 924(j) and 2 (count three). Counts one and three carry a possible death sentence. Attorney John Balazs represents defendant Reyes Castillo in this District of Nevada case as learned counsel along with lead counsel Richard Wright of Las Vegas, Nevada.

Respectfully submitted,

Dated: August 30, 2019

/s/ Marc Days
MARC DAYS

/s/ John Balazs
JOHN BALAZS

**WAIVER OF DEFENDANT'S PRESENCE**

Defendant Luis Reynaldo Reyes Castillo hereby waives the right to be present in person in open court at any court appearance or hearing in this case, except upon arraignment, plea, impanel of a jury, and imposition of sentence.

Defendant requests the Court to proceed during every absence of his which the Court permits pursuant to this waiver, agrees his interests will be deemed represented at all times by the presence of his or her counsel of record just as if the defendant was personally present in court; and further agrees to be present in person in court ready for trial on any day and hour which the Court may fix in his absence.

Dated: August 29, 2019      /s/ L. RC  
Luis Reynaldo Reyes Castillo  
Defendant

Translated from English into Spanish.

Dated: August 29, 2019      /s/ Maria de Gomez  
Maria Peralta de Gomez  
Court-certified interpreter

**ORDER**

IT IS SO ORDERED.

Dated: **September 3, 2019**      /s/ *Sheila K. Oberto*  
UNITED STATES MAGISTRATE JUDGE