PHILLIP A. TALBERT
United States Attorney
KIMBERLY SANCHEZ
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>LUIS REYNALDO REYES CASTILLO, AND NILSON ISRAEL REYES MENDOZA,<br><br>                        Defendants. | CASE NO.  1:18-CR-00092-JLT-KSO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:<br>TIME:<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

1. The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Kimberly A. Sanchez, and the defendants Luis Reynaldo Reyes Castillo and Nilson Israel Reyes Mendoza, by and through their counsel of record, John Balazs and Marc Days, and David Torres, hereby stipulate as follows.

2. *United States v. Reyes, et. al.,* No. 2:19-CR-0103-JCM (D. Nev.) in which Reyes Castillo is a defendant, is a case with multiple charges involving multiple murders and is ongoing. It had been set for trial, but the trial date was vacated and the case is set for a status hearing in November 2023.

3. Reyes Castillo has multiple matters pending, desires to focus on those involving murder charges, and believes that setting a status conference in the instant case for April 15, 2024 will provide sufficient time for him to have more clarity on the status of trial or motions in his other cases.

4. On February 7, 2023, the Court issued an Order allowing the parties until June 12, 2023

1  to file a stipulation setting a trial.  All counsel inadvertently missed that date.

2       5.     On August 14, 2023, the parties realized the above-noted missed due date, and apologize
3  to the Court for this oversight.  The parties request the Court's indulgence in allowing them to file this
4  late Stipulation and Proposed Order to set a status conference instead of a trial, and believe setting a
5  court date instead of a filing date will avoid any future oversight of filing due dates.

6       6.     The parties ask that this matter be set for a status conference on April 15, 2024 for the
7  reasons set forth herein.

8       a)     Counsel for the defendants believes that failure to grant the above-requested
9  continuance would deny them the reasonable time necessary for effective preparation, taking into
10  account the exercise of due diligence.

11       b)     Reyes Castillo requires time to focus on the complicated and complex murder
12  case, *United States v. Reyes, et. al.,* No. 2:19-CR-0103-JCM (D. Nev.) which is set for a status
13  conference in November 2023.

14       c)     Reyes Mendoza's counsel has multiple matters set for variety of hearings prior to
15  April 2024, and a complex trial set for February 6, 2024 (*United States v. Barrett*, 1:20-CR-
16  00213, and does not want to set a trial in this case until that has concluded.  Additionally, Reyes
17  Mendoza believes it in his best interest to agree to continue his case along with that of Reyes
18  Castillo's case and not ask to sever the two.

19       d)     Based on the above-stated findings, the ends of justice served by continuing the
20  case as requested outweigh the interest of the public and the defendant in a trial within the
21  original date prescribed by the Speedy Trial Act.

22       e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
23  et seq., within which trial must commence, the time period of June 12, 2023, to April 15, 2024,
24  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv) because it
25  results from a continuance granted by the Court at defendant's request on the basis of the Court's
26  finding that the ends of justice served by taking such action outweigh the best interest of the
27  public and the defendant in a speedy trial and because the case is so unusual or so complex, due
28  to the number of defendants, the nature of the prosecution, or the existence of novel questions of

fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section. Moreover, the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 15, 2023              PHILLIP A. TALBERT
                                    United States Attorney

                                    /s/ KIMBERLY SANCHEZ
                                    KIMBERLY SANCHEZ
                                    Assistant United States Attorney

Dated: August 15, 2023              /s/ JOHN P. BALAZS
                                    JOHN P. BALAZS
                                    Counsel for Defendant
                                    Luis Reynaldo Reyes Castillo

Dated: August 15, 2023              /s/ DAVID A. TORRES
                                    DAVID A. TORRES
                                    Counsel for Defendant
                                    Nilson Israel Reyes Mendoza

**FINDINGS AND ORDER**

IT IS SO FOUND.
IT IS SO ORDERED.

Dated:   **August 15, 2023**                  _____
                                              UNITED STATES DISTRICT JUDGE