PHILLIP A. TALBERT
United States Attorney
KIMBERLY SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS REYNALDO REYES CASTILLO, AND NILSON ISRAEL REYES MENDOZA,<br><br>Defendants. | CASE NO. 1:18-CR-00092-JLT-KSO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: April 15, 2024<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

1.  The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Kimberly A. Sanchez, and the defendants Luis Reynaldo Reyes Castillo and Nilson Israel Reyes Mendoza, by and through their counsel of record, John Balazs and Marc Days, and David Torres, hereby stipulate as follows.

2.  *United States v. Reyes, et. al.,* No. 2:19-CR-0103-JCM (D. Nev.) in which Reyes Castillo is a defendant, is a case with multiple charges involving multiple murders and is ongoing. It had been set for trial, but the trial date was vacated after a new defendant was arrested and the case has been reset for a jury trial on April 25, 2025.

3.  Reyes Castillo has multiple matters pending, desires to focus on those involving murder charges, and believes that setting a status conference in the instant case for July 22, 2024 will provide sufficient time for him to have more clarity on the status of trial or motions in his other cases. The DNV

matter has had a number of developments since the last time the parties filed a stipulation and proposed order, including assignment of a new District Court Judge, movement through the Capital Case Section, and additional investigative information on matters not yet charged as to Reyes-Castillo.  Reyes-Castillo is detained in the Nevada Southern Detention Center in Pahrump, Nevada.  Therefore, Reyes-Castillo desires additional time to address those matters, and Reyes-Mendoza is in agreement with the continuance.

4. The parties ask that this matter be set for a status conference on July 22, 2024 for the reasons set forth herein.

a) Counsel for the defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

b) Reyes Castillo requires time to focus on the complicated and complex murder case, *United States v. Reyes, et. al.,* No. 2:19-CR-0103-JCM (D. Nev.) which is set for a jury trial on April 21, 2025.  This District of Nevada case involves extensive preparation for trial and pretrial motions.

c) Reyes Mendoza's counsel has multiple matters set for variety of hearings prior to April 2024, and a complex trial set for February 6, 2024 (*United States v. Barrett*, 1:20-CR-00213, and does not want to set a trial in this case until that has concluded.  Additionally, Reyes Mendoza believes it in his best interest to agree to continue his case along with that of Reyes Castillo's case and not ask to sever the two.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 15, 2024, to July 22, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the

public and the defendant in a speedy trial and because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section. Moreover, the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 11, 2024
PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY SANCHEZ
KIMBERLY SANCHEZ
Assistant United States Attorney

Dated: April 18, 2024
/s/ JOHN P. BALAZS
JOHN P. BALAZS
Counsel for Defendant
Luis Reynaldo Reyes Castillo

Dated: April 11, 2024
/s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for Defendant
Nilson Israel Reyes Mendoza

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this __15__ day of ___April___, __2024__

THE HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE