PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS REYNALDO REYES CASTILLO, AND NILSON ISRAEL REYES MENDOZA, <br><br> Defendants. | CASE NO. 1:18-CR-00092-JLT-KSO <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

1. The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Justin J. Gilio, and the defendants Luis Reynaldo Reyes Castillo and Nilson Israel Reyes Mendoza, by and through their counsel of record, John Balazs and Marc Days, and David Torres, hereby stipulate as follows.

2. Reyes Castillo has multiple matters pending, including a case involving murder charges, *United States v. Reyes, et. al.,* No. 2:19-CR-0103-JCM (D. Nev.). In that case, a Second Superseding Indictment was filed on June 26, 2024, which added three overt acts in furtherance of the charged RICO conspiracy against Reyes-Castillo, including the killing of A.R. on or about December 18, 2017. A jury trial is set in the District of Nevada on April 21, 2025. Reyes-Castillo is detained in the Nevada Southern Detention Center in Pahrump, Nevada.

3. Reyes Mendoza is not seeking severance on his case from Reyes Castillo. Moreover, the

1  government and defendant Reyes Mendoza are engaged in plea negotiations.  The defendant requests the
2  additional time for ongoing investigation, negotiations, and pursuit of a potential pretrial resolution of
3  the case.

4      4.    The government is working on making a formal plea offer and expects to do so before the
5  next status conference.

6      5.    The parties ask that this matter be set for a status conference on January 13, 2025 for the
7  reasons set forth herein.

8      a)    Counsel for the defendants believe that failure to grant the above-requested
9  continuance would deny them the reasonable time necessary for effective preparation, taking into
10  account the exercise of due diligence.

11      b)    Based on the above-stated findings, the ends of justice served by continuing the
12  case as requested outweigh the interest of the public and the defendant in a trial within the
13  original date prescribed by the Speedy Trial Act.

14      c)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15  et seq., within which trial must commence, the time period of October 21, 2024, to January 13,
16  2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv)
17  because it results from a continuance granted by the Court at defendant's request on the basis of
18  the Court's finding that the ends of justice served by taking such action outweigh the best interest
19  of the public and the defendant in a speedy trial and because the case is so unusual or so
20  complex, due to the number of defendants, the nature of the prosecution, or the existence of
21  novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial
22  proceedings or for the trial itself within the time limits established by this section. Moreover, the
23  ends of justice served by taking such action outweigh the best interest of the public and the
24  defendant in a speedy trial.

25      6.    Nothing in this stipulation and order shall preclude a finding that other provisions of the
26  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
27  must commence.

28      IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: October 11, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Justin J. Gilio
Justin J. Gilio
Assistant United States Attorney

Dated: October 11, 2024

/s/ JOHN P. BALAZS
JOHN P. BALAZS
Counsel for Defendant
Luis Reynaldo Reyes Castillo

Dated: October 11, 2024

/s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for Defendant
Nilson Israel Reyes Mendoza

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **October 15, 2024**

[signature: Jennifer L. Thurston]
UNITED STATES DISTRICT JUDGE