MICHELE BECKWITH
Acting United States Attorney
KIMBERLY A. SANCHEZ
JUSTIN J. GILIO
ROBERT VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS REYNALDO REYES CASTILLO, AND NILSON ISRAEL REYES MENDOZA,<br><br>Defendants. | CASE NO. 1:18-CR-00092-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

1. The government, by and through Acting United States Attorney Michele Beckwith and Assistant United States Attorney Kimberly A. Sanchez, and the defendants Luis Reynaldo Reyes Castillo and Nilson Israel Reyes Mendoza, by and through their counsel of record, John Balazs and Marc Days, and David Torres, hereby stipulate as follows.

2. Reyes Castillo has multiple matters pending, including a case involving murder charges, *United States v. Reyes, et. al.,* No. 2:19-CR-0103-JCM (D. Nev.). In that case, a Second Superseding Indictment was filed on June 26, 2024, which added three overt acts in furtherance of the charged RICO conspiracy against Reyes-Castillo, including the killing of A.R. on or about December 18, 2017. A jury trial is set in the District of Nevada on April 21, 2025. At this time, the trial is still on track to begin on April 21. Reyes-Castillo is detained in the Nevada Southern Detention Center in Pahrump, Nevada.

3. Reyes Mendoza is not seeking severance on his case from Reyes Castillo. Moreover, the government and defendant Reyes Mendoza are engaged in plea negotiations. The defendant requests the additional time for ongoing investigation, negotiations, and pursuit of a potential pretrial resolution of the case.

4. The parties ask that this matter be set for a status conference on August 20, 2025 in front of the Honorable Sheila K. Oberto, U.S. Magistrate Judge, for the reasons set forth herein.

    a) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    b) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 7, 2025, to August 20, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section. Moreover, the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: April 3, 2025

MICHELE BECKWITH
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: April 3, 2025

/s/ JOHN P. BALAZS
JOHN P. BALAZS
Counsel for Defendant
Luis Reynaldo Reyes Castillo

Dated: April 3, 2025

/s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for Defendant
Nilson Israel Reyes Mendoza

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **April 3, 2025**

UNITED STATES DISTRICT JUDGE