KIMBERLY A. SANCHEZ
Acting United States Attorney
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS REYNALDO REYES CASTILLO, AND NILSON ISRAEL REYES MENDOZA,<br><br>Defendants. | CASE NO. 1:18-CR-00092-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: August 20, 2025<br>COURT: Hon. Sheila K. Oberto |

## STIPULATION

1. The government, by and through Acting United States Attorney Kimberly A. Sanchez and Assistant United States Attorneys Justin J. Gilio and Robert L. Veneman-Hughes, and the defendants Luis Reynaldo Reyes Castillo and Nilson Israel Reyes Mendoza, by and through their counsel of record, John Balazs and Marc Days, and David Torres, hereby stipulate as follows.

2. Reyes Castillo is detained in the Nevada Southern Detention Center in Pahrump, Nevada, where he is preparing for trial. He has multiple matters pending, including a case involving murder charges, *United States v. Reyes*, et. al., No. 2:19-CR-0103-JCM (D. Nev.). In that case, a Second Superseding Indictment was filed on June 26, 2024, which added three overt acts in furtherance of the charged RICO conspiracy against Reyes-Castillo, including the killing of A.R. on or about December 18, 2017. Since the last status conference in April 2025, the government arrested the fourth defendant, Joel Vargas, and the jury trial in that District of Nevada murder case was continued to August 17, 2026.

     3.     Reyes Mendoza is out of custody and is not seeking severance on his case from Reyes Castillo. Moreover, the government and defendant Reyes Mendoza are still engaged in plea negotiations. The defendant requests the additional time for ongoing investigation, negotiations, and pursuit of a potential pretrial resolution of the case.

     4.     The parties ask that this matter be set for a status conference on May 6, 2026, for the reasons set forth herein.

          a)     Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

          b)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

          c)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 20, 2025, to May 6, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section. Moreover, the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

     5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

     IT IS SO STIPULATED.

Dated:  August 5, 2025                                KIMBERLY A. SANCHEZ
                                                      Acting United States Attorney

                                                      /s/ Justin J. Gilio
                                                      Justin J. Gilio
                                                      Assistant United States Attorney


Dated:  August 5, 2025                                /s/ JOHN P. BALAZS
                                                      JOHN P. BALAZS
                                                      MARC DAYS
                                                      Counsel for Defendant
                                                      Luis Reynaldo Reyes Castillo


Dated: August 5, 2025                                 /s/ DAVID A. TORRES
                                                      DAVID A. TORRES
                                                      Counsel for Defendant
                                                      Nilson Israel Reyes Mendoza


## ORDER

In light of the status of the case, the parties' request to continue the status conference from August 20, 2025, to May 6, 2026, at 1:00 p.m. is GRANTED. Time is excluded through May 6, 2026, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **August 11, 2025**                          /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE