ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS REYES CASTILLO,<br><br>Defendant. | CASE NO. 1:18-CR-00092-JLT-SAB<br><br>GOVERNMENT MOTION TO DISMISS AGAINST LUIS REYES CASTILLO; ORDER |

On June 29, 2026, after a 3-month trial, a jury sitting in the United States District Court in the District of Nevada returned guilty verdicts against Defendant Luis Reynaldo Reyes Castillo on several counts in case number 2:19-cr-00103-GMN-MDC. As a result, Defendant Luis Reynaldo Reyes Castillo faces multiple, mandatory life sentences. In the interests of justice, the United States of America, by and through its counsel, hereby moves for dismissal without prejudice of all counts and allegations in the indictment against Defendant Luis Reynaldo Reyes Castillo.

Dated: September 28, 2026

ERIC GRANT
United States Attorney

By: */s/ Robert L. Veneman-Hughes*
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

**[~~PROPOSED~~] O R D E R**

Based upon the foregoing, the Court **ORDERS** that all counts and allegations as to Luis Reyes Castillo are dismissed without prejudice.

IT IS SO ORDERED.

Dated: _September 29, 2026_

UNITED STATES DISTRICT JUDGE